**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ROSINELIA ARAUJO DE ANDRADE,<br>                         *Plaintiff*,<br><br>   v.<br><br>JOHN THOMPSON, et al.<br>                 *Defendants.* | **Civil Action No.:**<br><br>**2:26-cv-4319**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Rosinelia Araujo de Andrade, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 07/08/26**

SO ORDERED

_s/Evelyn Padin_
Evelyn Padin, U.S.D.J.

Date: 7/9/2026

Respectfully Submitted,

_Alexandra Minogue_

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

1